■ In the Matter of Isola Aktiengesellschaft et al., Respondents, v Honeywell International Inc., Appellant. [730 NYS2d 709] —Order, Supreme Court, New York County (Williams Davis, J.), entered June 28, 2001, which, insofar as appealed from, granted petitioner's application to stay arbitration of a dispute relating to its purchase of respondent's assets, unanimously affirmed, with costs.

It is for the court to decide whether the dispute is not arbitrable by reason of the express exception of section 16.9 of the parties' asset purchase agreement (cf., Matter of Smith Barney Shearson v Sacharow, 91 NY2d 39, 45-46). As the IAS court indicated, the question of arbitrability is resolved by respondent's own notice of claim, which appears to describe the disputed item as "accrued payroll" earned by respondent's employees but not yet paid as of the closing date, and therefore an item to be included in the "post-closing adjustment" of the purchase price authorized by section 3.2 of said agreement. Concur—Williams, J. P., Andrias, Wallach, Lerner and Marlow, JJ.

■ In the Matter of Attorneys in Violation of Judiciary Law § 468-A. Robin Kaufman Sellier, Admitted in 1982, at a Term of the Appellate Division, Second Department. [731 NYS2d 610] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [See 257 AD2d 127.]